IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CT-3277-M

| | | |
|---|---|---|
| QANTERIOUS HOMMIE WHATLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CATHY JUDGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on Plaintiff's consent motion for a 45-day extension of case deadlines. [DE-34]. For good cause shown, motion is allowed. The deadline to complete discovery and for NCPLS to file the response pursuant to Standing Order 21-SO-11 is extended to **Thursday, April 17, 2025**, and all motions, except those relating to the admissibility of evidence at trial, shall be filed no later than **Monday, May 19, 2025**.

SO ORDERED, this the **3** day of March, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge