No. 5:23-CT-3277-M

| | |
|---|---|
| QUANTERIOUS HOMMIE WHATLEY,<br><br>**Plaintiff,**<br><br>v.<br><br>CATHY JUDGE, *et al.*,<br><br>**Defendants.** | **[PROPOSED] ORDER** |

THIS MATTER came before this Court on Plaintiff's Consent Motion to Extend Scheduling Order Deadlines for **30 (thirty)** days. Counsel for the Defendants consents to this motion. The Court has determined that for good cause shown and in the interests of justice, the motion should be granted.

THE COURT HEREBY ORDERS that the deadlines in the Scheduling Order are extended by **30 (thirty) days**. Discovery shall be commenced or served in time to be completed by **May 19, 2025**. All motions, including dispositive ones, shall be filed by **June 18, 2025**. North Carolina Prisoner Legal Services, Inc. shall file the Response to Discovery Order, pursuant to Standing Order 21-SO-11 ¶ 9, upon conclusion of the discovery period.

DATED this _____ day of _____, 2025.

_____
Chief Judge Richard E. Myers, II
United States District Judge